UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROCKY MOUNTAIN MEDICAL MANAGEMENT, LLC, and TERRY ELQUIST,<br><br>    Plaintiffs,<br><br>vs.<br><br>LHP HOSPITAL GROUP, INC., et al.,<br><br>    Defendants. | Case No. 4:13-CV-00064-EJL-CWD<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

    The parties have filed a Joint Stipulation for Dismissal with Prejudice (Docket No. 65) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    Accordingly, IT IS HEREBY ORDERED that this action and all claims of Plaintiffs Rocky Mountain Medical Management, LLC and Terry Elquist in this action are DISMISSED WITH PREJUDICE. All appeal rights are waived. The parties shall bear their own costs and attorneys' fees. IT IS SO ORDERED.

DATED: October 26, 2015

Edward J. Lodge
United States District Judge